Benjamin E. MAY, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.

No. 8421.

Circuit Court of Appeals, Fifth Circuit.
March 8, 1938.

Bertram S. Boley, Herbert J. Haas, and Joseph F. Haas, all of Atlanta, Ga., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above numbered and entitled cause be remanded to the United States Board of Tax Appeals, and was submitted to the Court; on consideration whereof, it is now here ordered, adjudged, and decreed by this court that this cause be, and it is hereby, remanded to the United States Board of Tax Appeals, with the instructions that it enter its order that the transferee liability of the petitioner has been settled and satisfied.

It is further ordered, adjudged, and decreed that the mandate of this court issue without delay.

Arthur I. MAY, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVE-
NUE, Respondent.

No. 8423.

Circuit Court of Appeals, Fifth Circuit.
March 8, 1938.

Bertram S. Boley, Herbert J. Haas, and Joseph F. Haas, all of Atlanta, Ga., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, all of Washington, D. C., for the respondent.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above numbered and entitled cause be remanded to the United States Board of Tax Appeals, and was submitted to the court; on consideration whereof, it is now here ordered, adjudged, and decreed by this court that this cause be, and it is hereby, remanded to the United States Board of Tax Appeals, with the instructions that it enter its order that the transferee liability of the petitioner has been settled and satisfied.

It is further ordered, adjudged, and decreed that the mandate of this court issue without delay.

Robert MILLER v. UNITED STATES of
America.

Circuit Court of Appeals, Sixth Circuit.
Feb. 11, 1938.

Harry S. Bennett, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed for want of prosecution, the costs to be charged against the government as constructive earnings.